UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HARRY P. LANG and
DIANE L. LANG,

    Plaintiffs,

v.                                       Case No. 3:04-cv-1269-J-20-TEM

SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## O R D E R

Before the Court is the Report and Recommendation (Doc. No. 19, filed June 8, 2005) entered by the United States Magistrate Judge, recommending that this case be dismissed without prejudice. The time for filing objections has expired and no objections have been filed.

Upon consideration of the Report and Recommendation, and upon conducting an independent de novo review, the Magistrate Judge's Report and Recommendation is **ADOPTED**, and it is specifically incorporated into this Order. Plaintiffs' Complaint is **DISMISSED without prejudice**, and the Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this 28r day of June, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Harry P. Lang, pro se
Diane L. Lang, pro se